UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Direct Capital Corporation</u>

        v.                              06-cv-47-SM

<u>Harbour Capital Corporation</u>

<u>O R D E R</u>

I herewith approve the Report and Recommendation of Magistrate Judge Muirhead dated March 17, 2006, no objection having been filed, for the reasons set forth therein.   Plaintiff's motion for a preliminary injunction is herewith denied.

SO ORDERED.

April   11, 2006

                                                  _____
                                                  Steven J. McAuliffe
                                                  Chief Judge

cc:   Robert R. Lucic, Esq.
      Courtney H.G. Herz, Esq.
      Lawrence B. Gormley, Esq.